UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Hershel Slaughter, Jr.,
    Petitioner

vs    Case No. 1:01cv868
     (Spiegel, J.; Hogan, M.J.)

Anthony Brigano,
    Respondent

**ORDER**

    Petitioner, an inmate in state custody at the Warren Correctional Institution in Lebanon, Ohio, brings a pro se action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 1998 convictions for aggravated robbery, aggravated burglary and aggravated murder.  (*See* Doc. 1).

    In his petition, petitioner alleges, among other claims, that there was insufficient evidence to support his convictions and that statements he made to police were not voluntary.  (Doc. 1 at 5-6). In his return of writ, respondent addresses the merits of petitioner's claims.  (*See* Doc. 5 at 20-26).  Respondent does not include a copy of the transcript of the hearing on petitioner's motion to suppress the statements, the tapes of the police interrogation introduced at the trial or pretrial hearing, or a transcript of the trial as exhibits to the return of writ.

    Review of the transcript of the trial and pretrial hearing and the tapes of the police interrogation introduced at trial or at the pretrial hearing (or a transcript of them), would be helpful to this Court in adjudicating petitioner's claims.  Because these items are not contained in the record submitted to the Court by respondent, respondent is hereby ORDERED to provide this Court with the items described

above within twenty (20) days of the date of filing of this Order.

  IT IS SO ORDERED.

Date: <u>March 5, 2004</u>            <u>S/Timothy S. Hogan</u>
                             Timothy S. Hogan
                             United States Magistrate Judge

J:\ROSENBEH\2254(2004)\01-868transc.wpd