**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hershel Slaughter, #363-213
   Warren Correctional Institute
   P.O. Box 120
   Lebanon, OH 45036-0120

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )
   M.A. Cates

C. Date of Delivery
   3/03/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 1680 0000 0330 4542

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

01-868 (Doc ID) SAS