UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Hershel Slaughter, Jr.,
    Petitioner,

v.

Anthony Brigano, Warden,
    Respondent.

Case No. 1:01cv868
(Spiegel, Sr., J.; Hogan, MJ)

_____

ORDER

_____

    Petitioner brings this action for a writ of habeas corpus pursuant to Title 28, U.S.C., Section 2254. This matter is before the Court on Respondent's motion for an extension of time (Doc. 11) to file the trial transcript of the above-captioned case until April 8, 2004. For good cause shown, the Court hereby **GRANTS** Respondent's motion for an extension through and including April 8, 2004, to file the trial transcript.

    SO ORDERED.

Date  3/25/2004

bac    March 25, 2004

J:\CRUMBA\FORMS\CALENDAR\2001\01-868.wpd

s/Timothy S. Hogan
Timothy S. Hogan
United States Magistrate Judge