**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hershel Slaughter, #363-213
   Warren Correctional Institute
   P.O. Box 120
   Lebanon, OH 45036-0120

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   SANDERS                      3/24/04

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 0500 0002 0889 9094

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

4-868 (Doc 12) SAS