# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **HERSHEL SLAUGHTER JR.,** | |
| Petitioner, | **CASE NO. 01-CV-868** |
| v. | **Judge Spiegel** |
| **ANTHONY BRIGANO, WARDEN,** | **Magistrate Judge Hogan** |
| Respondent. | |

## RESPONDENT'S NOTICE OF MANUAL FILING

Please take notice that Respondent, by and through counsel, has manually filed the following documents:

9-Volume Transcript of Petitioner's trial in state court

These documents have not been filed electronically because the electronic file size of the documents exceeds 1.5 megabytes.

Respectfully submitted,

JIM PETRO
Attorney General

s/Diane Mallory
DIANE MALLORY (0014867)
Assistant Attorney General
Corrections Litigation Section
150 E. Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7233
(614) 728-9327 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed by regular, first-class mail to Hershel Slaughter, #363-213, Warren Correctional Institution, P.O. Box 120, Lebanon, Ohio 45036-0120, on the 7th day of April, 2004.

S/Diane Mallory