| COMPLETE THIS SECTION ON DELIVERY | |
|---|---|
| A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| B. Received by (Printed Name) | C. Date of Delivery |
| D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hershel Slaughter, #363-213
   WCI, P.O. Box 120
   Lebanon, OH 45036-0120

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 0500 0002 0889 8103

   01-868 (Doc 14) SAS

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540