**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:01-CV-868
DOC. 16
9/30/05

Sent To: HERSHEL SLAUGHTER, JR 363-213
Street, Apt. No.; or PO Box No.: WCI, P.O. BOX 120
City, State, ZIP+4: LEBANON, OH 45036-0120

PS Form 3800, April 2002          See Reverse for Instructions

7002 0860 0000 1409 1064