IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Hershel Slaughter, Jr., : | |
| : | |
| Petitioner : | |
| : | Case Number: 1:01-cv-00868 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| Anthony Brigano, : | |
| : | |
| Respondent. : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court hereby ADOPTS the Magistrate Judge's report (doc. 14), AFFIRMS the Magistrate Judge's recommended decision, and DENIES WITH PREJUDICE Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1). Further, this Court CERTIFIES pursuant to 28 U.S.C. § 1915(a) that an appeal from this Order adopting the Magistrate Judge's Report and Recommendation would not be taken in "good faith" and DENIES Petitioner leave to proceed on appeal in forma pauperis. Finally, the Court FINDS that a certificate of appealability should not issue with respect to any of Petitioner's grounds for relief.

9/30/05                                                                James Bonini, Clerk

                                                                       s/Kevin Moser
                                                                       Kevin Moser
                                                                       Deputy Clerk