No. 05-4579

**FILED**

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

AUG 0 7 2006

**LEONARD GREEN, Clerk**

| | |
|---|---|
| HERSHEL SLAUGHTER, JR., ) | |
| ) | |
| Petitioner-Appellant, ) | |
| ) | |
| v.   ) | O R D E R |
| ) | |
| ANTHONY J. BRIGANO, Warden, ) | |
| ) | |
| Respondent-Appellee. ) | |

Hershel Slaughter, Jr., an Ohio prisoner proceeding pro se, moves for a certificate of appealability in this appeal from a district court order denying his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Slaughter has also filed a motion to proceed on appeal in forma pauperis.

The district court dismissed Slaughter's petition on both substantive and procedural grounds. Slaughter, therefore, must satisfy two burdens to obtain a certificate of appealability. First, he must demonstrate "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Second, he must show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.*

Slaughter failed to satisfy either burden. Accordingly, the court declines to issue a certificate of appealability. The motion to proceed on appeal in forma pauperis is denied as moot.

ENTERED BY ORDER OF THE COURT

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: [signature]
Deputy Clerk

[signature]
Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROBIN DUNCAN
(513) 564-7027
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: August 7, 2006

Hershel Slaughter Jr.
Warren Correctional Institution
#363-213
P.O. Box 120
Lebanon, OH  45036

Diane Mallory
Office of the Attorney General
Corrections Litigation Section
150 E. Gay Street
16th Floor
Columbus, OH  43215-6001

RE: 05-4579
    Slaughter vs. Brigano
    District Court No. 01-00868

Dear Sir/Madam,

     Enclosed is a copy of an order which was entered today in the above-styled case.

                                    Very truly yours,
                                    Leonard Green, Clerk

                                    Robin Duncan
                                    Case Manager

Enclosure

Certified Copy to:
    Honorable S. Arthur Spiegel
    Mr. James Bonini

Mr. James Bonini, Clerk  
Southern District of Ohio at Cincinnati  
100 E. Fifth Street  
Suite 103 Potter Stewart U.S. Courthouse  
Cincinnati, OH  45202